**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Roberto Carlos GALEANA-Guatemala,<br><br>Defendant. | Case No.: 25mj6241<br><br>COMPLAINT FOR VIOLATION OF:<br>18 U.S.C §111(a)(1) and (b) – Assault on a Federal Officer;<br><br>18 U.S.C. §111 (a)(1) and (b) – Attempted Assault on a Federal Officer;<br><br>8 U.S.C. §1326 Deported Alien Found In The United States; |

The undersigned complainant, being duly sworn, states:

COUNT 1

On or about November 12, 2025, within the Southern District of California, defendant Roberto Carlos GALEANA-Guatemala, did knowingly and intentionally and forcibly assault by means of a dangerous weapon, to wit: an automobile, a person named in United States Code Section 1114, to wit: San Diego Marine Task Force Officer D. Lujan, while he was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT 2

On or about November 12, 2025, within the Southern District of California, defendant Roberto Carlos GALEANA-Guatemala, did knowingly and intentionally and forcibly attempt to assault, by means of a dangerous weapon, to wit: an automobile, a person named in United States Code Section 1114, to wit: San Diego Marine Task Force Officer N. Magos; while he was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT 3

On or about November 12, 2025, within the Southern District of California, defendant Roberto Carlos GALEANA-Guatemala, did knowingly and intentionally and forcibly attempt to assault, by means of a dangerous weapon, to wit: an automobile, a person named in United States Code Section 1114, to wit: San Diego Marine Task Force Officer R. Ortiz, while he was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT 4

On or about November 12, 2025, within the Southern District of California, defendant Roberto Carlos GALEANA Guatemala, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Special Agent Alexis Martinez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 13th day of November 2025.

HON. BRIAN J. WHITE
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

This Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Alexis Martinez.

On November 12, 2025, Homeland Security Task Force (HSTF) - Marine Task Force (MTF) Special Agents (SA), Task Force Officers (TFO), and United States Border Patrol (USBP) Agents attempted to execute a sealed Federal Arrest Warrant for Roberto Carlos GALEANA Guatemala (GALEANA) (25-MJ-5671).

Prior surveillance identified GALEANA, his vehicle, and an apartment complex located in National City, CA. At approximately 0425 hours, law enforcement agents observed GALEANA exit the apartment complex and get into a previously identified and observed vehicle, a 2013 Honda Accord (HONDA) bearing California license plate, CA/9SYL752. At approximately 0430 hours, law enforcement agents observed GALEANA depart the apartment complex in the HONDA.

At approximately 0445 hours, law enforcement agents observed GALEANA execute several "counter surveillance" maneuvers. At approximately 0450, law enforcement agents observed GALEANA stop the HONDA in the vicinity of 1440 Coolidge Avenue, National City, California and turn on the hazard lights. At approximately 0451 hours, agents attempted to affect the arrest warrant on GALEANA while he was stopped in the road near 1440 Coolidge Avenue, National City, California in the HONDA.

Law enforcement agents positioned their unmarked vehicle in front of the HONDA, front bumper to front bumper, with the HONDA driven by GALEANA.

Law enforcement agents, while wearing body armor and visible Law Enforcement badges and patches identifying themselves as federal law enforcement agents/officers exited the unmarked vehicle and announced "Police" as they exited their vehicle.

Law enforcement agents observed GALEANA immediately turn his body to look backwards and begin driving his vehicle in reverse away from the marked agents. Law enforcement agents pursued the HONDA on foot while verbally shouting at GALEANA to "Stop" and "Police". Additional Law Enforcement vehicles arrived and activated their emergency lights while blocking GALEANA's exit north. GALEANA attempted to maneuver the HONDA around the blocking vehicles but stopped approximately one foot away from the front bumper of one of the blocking vehicles. GALEANA drove the HONDA approximately 200 ft from the initial parked location before coming to a complete stop.

Law enforcement agents approached the driver side window and verbally shouted "Police, Don't Move" multiple times. GALEANA momentarily paused before accelerating towards Deportation Officer (DO) Task Force Officer (TFO) R. Ortiz, Border Patrol TFO N. Magos, and Air Marine Office TFO D. Lujan. DO TFO R. Ortiz and Border Patrol TFO N. Magos jumped out of direction of the HONDA. The HONDA then made a distinct movement towards AMO TFO D. Lujan attempting to run out of the direction of travel of the HONDA. The HONDA moved toward the right of the direction of travel and struck AMO TFO D. Lujan with the front bumper, hood and passenger side A-Pillar of the HONDA throwing TFO D. Lujan into the street underneath adjacent parked vehicles.

After GALEANA struck TFO D. Lujan, the HONDA continued to accelerate south and struck another law enforcement vehicle on the front passenger door, resulting in the door being inoperable.

AMO TFO D. Lujan sustained injuries and was transported to UCSD Hillcrest for evaluation and treatment.

During the subsequent investigation and search for GALEANA, Law Enforcement searched known and suspected addresses of GALEANA and known associates linked to GALEANA. At approximately 1442 hours, Law Enforcement Agents located the HONDA near the 4200 block of Dwight Street. At approximately 1459 hours, Law Enforcement captured video of the HONDA and the damaged front right headlight.

At approximately 1532 hours, Surveillance Units near the 4400 block of Dwight Street observed a Chrysler 300 (CHRYSLER) bearing California license plate CA/7EHY914 that was registered to GALEANA. Law Enforcement observed the CHRYSLER enter a north/south alley way located between 44th Street and Highland Avenue in San Diego, California. Law Enforcement visually identified GALEANA standing in the alley way next to the CHRYSLER.

HSI Special Response Team attempted to affect the arrest of GALEANA. GALEANA fled the scene on foot and was pursued and subsequently arrested by Law Enforcement in the vicinity of 3800 block of Fairmount Avenue.

During intake and processing, HSI SA Reyes confirmed the identity of GALEANA by conducting a fingerprint check in law enforcement databases. Law Enforcement databases revealed GALEANA discovered FBI number, alien number, FIN number, and physical appearance all matched prior records for GALEANA.

GALEANA was read his Mexican Consular Communication Rights at approximately 2000 hours and declined to speak with a Mexican Consulate Official.

At approximately 2002 hours, GALEANA was read his Miranda Rights, to which he agreed to speak to agents without an attorney present.

During a post-Miranda interview, GALEANA admitted to being illegally present in the United States and had not been allowed back into the United States after his last deportation. GALEANA admitted to attempting to abscond once agents approached his vehicle. GALEANA stated once he absconded from agents, he planned to move somewhere near Oakland or San Francisco, California due to him fleeing from agents.

GALEANA was arrested and charged with a violation of Title 18 U.S.C. 111 (a) (1) and (b) – Assault on a Federal Officer and Title 8 U.S.C. 1326 - Deported Alien Found in The United States.