

FILED
Dec 10 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ A Cortez DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '25 CR4733 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 111(a)(1)(b) - Assault on a Federal Officer; Title 18, U.S.C., Sec. 111(a)(1)(b) - Attempted Assault on a Federal Officer; Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States |
| ROBERTO CARLOS GALEANA-GUATEMALA, Defendant. | |

The grand jury charges:

Count 1

On or about November 12, 2025, within the Southern District of California, defendant ROBERTO CARLOS GALEANA-GUATEMALA, did knowingly and intentionally and forcibly assault by means of a dangerous weapon, to wit: an automobile, a person named in United States Code, Section 1114, to wit: San Diego Marine Task Force Officer D. Lujan, while he was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

MSL:nlv:San Diego:12/9/25

### Count 2

On or about November 12, 2025, within the Southern District of California, defendant ROBERTO CARLOS GALEANA-GUATEMALA, did knowingly and intentionally and forcibly attempt to assault, by means of a dangerous weapon, to wit: an automobile, a person named in United States Code, Section 1114, to wit: San Diego Marine Task Force Officer N. Magos; while he was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

### Count 3

On or about November 12, 2025, within the Southern District of California, defendant ROBERTO CARLOS GALEANA-GUATEMALA, did knowingly and intentionally and forcibly attempt to assault, by means of a dangerous weapon, to wit: an automobile, a person named in United States Code, Section 1114, to wit: San Diego Marine Task Force Officer R. Ortiz; while he was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

//
//
//
//
//
//
//
//
//

Count 4

On or about November 12, 2025, within the Southern District of California, defendant ROBERTO CARLOS GALEANA GUATEMALA, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant ROBERTO CARLOS GALEANA GUATEMALA was removed from the United States subsequent to February 5, 2024.

DATED: December 10, 2025.

A TRUE BILL:



ADAM GORDON
United States Attorney

By: MARK LAURICELLA
Special Asst. U.S. Attorney

3