Shaun A. Sullivan (SBN 278516)
The Sullivan Defense
2445 Fifth Ave., Ste. 330
San Diego, CA 92101
Telephone: (760) 327-1529

Attorney for Roberto Carlos Galeana-Guatemala

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO CARLOS GALEANA-GUATEAMALA,<br><br>Defendant | Case No. 3:25-cr-04733-CAB<br><br>**Honorable Cathy Ann Bencivengo**<br>**Date: January 23, 2026**<br>**Time: 10:30 am**<br><br>NOTICE OF MOTIONS AND MOTION TO:<br>　1) **COMPEL DISCOVERY**<br>　2) **PRESERVE EVIDENCE, and**<br>　3) **LEAVE TO FILE FURTHER MOTIONS** |

**TO:   RANDY S. GROSSMAN, UNITED STATES ATTORNEY AND MARK LAURICELLA, ASSIGNED ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that on January 23, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard, Roberto Carlos Galeana-Guatemala through his attorney, Shaun A. Sullivan, will ask this Court to enter an order granting the following motions.

## MOTIONS

Defendant Roberto Carlos Galeana-Guatemala, by and through his counsel, Shaun Sullivan, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Turn over discovery to the defense,
2) Preserve the evidence, and to
3) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

DATED: January 1, 2026.                        Respectfully submitted,


                                               /s/ *Shaun A. Sullivan*
                                               **Shaun A. Sullivan**
                                               For Roberto Carlos Galeana-Guatemala