ADAM GORDON
United States Attorney
MARK S. LAURICELLA
Assistant United States Attorney
New York Attorney No. 5440623
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619)546-9305
mark.lauricella@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-4733-CAB |
| v. | Judge: Hon. Cathy Ann Bencivengo<br>Date: March 13, 2026<br>Time: 10:30 a.m. |
| ROBERTO CARLOS GALEANA-GUATEMALA, | |
| Defendant | **JOINT MOTION TO CONTINUE HEARING** |

The United States Of America, by and through its counsel, Adam Gordon, United States Attorney, and Mark S. Lauricella, Special Assistant United States Attorney, along with counsel for Roberto Carlos Galeana-Guatemala, Shaun Sullivan, jointly move this Court to continue the Motion Hearing/Trial Setting presently set for March 13, 2026 at 10:30 a.m. until May 8, 2026, at 10:30 a.m.

On January 1, 2026, Mr. Galeana-Guatemala filed motions to for discovery and leave to file additional motions, which remain outstanding. The parties have been actively conferring on discovery and a possible resolution. Furthermore, defense requires additional time to review discovery and investigate the case. The parties also agree that time should be excluded between March 13, 2026, and May 8, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), due to the pending motions and also excluded in the ends of justice because additional time is necessary to avoid a miscarriage of justice, and for

effective preparation, taking into account the parties' exercise of due diligence and the parties' needs to assess the discovery and discuss potential resolution.

DATED: March 11, 2026                    Respectfully submitted,

ADAM GORDON
United States Attorney

/s/ Mark S. Lauricella
Special Assistant US Attorney

/s/ Shaun Sullivan
Attorney for Roberto Carlos
Galeana-Guatemala

2