Shaun A. Sullivan
California Bar No. 278516
The Sullivan Defense APC
79579 Country Club Drive, Suite 201
Bermuda Dunes, CA 92203
Telephone: (760) 327-1529
shaunsullivanlaw@gmail.com

Attorney for the Roberto Carlos Galeana-Guatemala

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-4733-CAB |
|---|---|
| v. | |
| | Judge:  Hon. Cathy Ann Bencivengo |
| ROBERTO CARLOS GALEANA-GUATEMALA, | Date:    May 8, 2026 |
| | Time:    10:30 a.m. |
| Defendant | **JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING** |

The United States Of America, by and through its counsel, Adam Gordon, United States Attorney, and Mark S. Lauricella, Special Assistant United States Attorney, along with counsel for Roberto Carlos Galeana-Guatemala, Shaun Sullivan, jointly move this Court to continue the Motion Hearing/Trial Setting presently set for May 8, 2026 at 10:30 a.m. until June 5, 2026, at 10:30 a.m.

On January 1, 2026, Mr. Galeana-Guatemala filed motions to for discovery and leave to file additional motions, which remain outstanding. The parties have been actively conferring on discovery and a possible resolution. The prosecution has recently provided a proposed plea agreement that defense counsel needs additional time to discuss with the defendant. Furthermore, the prosecution is in the process of obtaining and discovering to the defense the body worn camera footage from the incident underlying the case. The parties also agree that time should be excluded between May 8, 2026, and June 5, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), due to the pending motions and also excluded in the ends of justice because additional time is necessary to avoid a miscarriage

of justice, and for effective preparation, taking into account the parties' exercise of due diligence and the parties' needs to assess the discovery and discuss potential resolution.

DATED: May 6, 2026                    Respectfully submitted,

                                      /s/ Shaun Sullivan
                                      Attorney for Roberto Carlos
                                      Galeana-Guatemala

                                      ADAM GORDON
                                       United States Attorney

                                      /s/ Mark S. Lauricella
                                      Special Assistant US Attorney