**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 25-CR-4733-CAB |
| Plaintiff, | ORDER |
| V. | |
| ROBERTO CARLOS GALEANA-GUATEMALA (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE (1) and FOUR (4) of the Indictment.

Dated:   7/8/2026

Hon. Cathy Ann Bencivengo
United States District Judge

25-CR-4733-CAB